**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON S. HARMON, | ) Case No. EDCV 13-2164-ODW (JPR) |
| Plaintiff, | ) |
| vs. | ) **J U D G M E N T** |
| STANLEY SNIFF et al., | ) |
| Defendants. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 19, 2014

_____
OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE